1058

No. 10A917. GRAYSON v. THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. Application for certificate of appealability, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.

No. 10A1185. IN RE DUBIN. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 10–209. LAFLER v. COOPER. C. A. 6th Cir. [Certiorari granted, 562 U. S. 1127.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–444. MISSOURI v. FRYE. Ct. App. Mo., Western Dist. [Certiorari granted, 562 U. S. 1128.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–577. KAWASHIMA ET UX. v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. [Certiorari granted, 563 U. S. 1007.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 10–680. HOWES, WARDEN v. FIELDS. C. A. 6th Cir. [Certiorari granted, 562 U. S. 1199.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–1001. MARTINEZ v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. [Certiorari granted, 563 U. S. 1032.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 09–993. PLIVA, INC., ET AL. v. MENSING, *ante,* p. 604;
No. 09–1039. ACTAVIS ELIZABETH, LLC v. MENSING, *ante,* p. 604;
No. 09–1501. ACTAVIS, INC. v. DEMAHY, *ante,* p. 604;
No. 10–179. STERN, EXECUTOR OF THE ESTATE OF MARSHALL v. MARSHALL, EXECUTRIX OF THE ESTATE OF MARSHALL, *ante,* p. 462;

No. 10–1254.  PARKER v. RICHMOND COUNTY BOARD OF EDUCATION, *ante*, p. 1019;

No. 10–1260.  GARD ET UX. v. CITY OF OMAHA, NEBRASKA, *ante*, p. 1005;

No. 10–1272.  TALLEY v. HOUSING AUTHORITY OF COLUMBUS, GEORGIA, ET AL., *ante*, p. 1020;

No. 10–1274.  AGNEW v. SUSSEX CONDOMINIUM UNIT OWNERS ASSN., 563 U. S. 1022;

No. 10–1275.  CONSTANT v. CALIFORNIA EX REL. DEPARTMENT OF TRANSPORTATION, *ante*, p. 1020;

No. 10–1277.  CAMPBELL v. KELLERMYER BUILDING SERVICES, LLC, *ante*, p. 1020;

No. 10–1313.  CLELLAN v. OHIO, *ante*, p. 1039;

No. 10–1315.  EDWARDS v. DISTRICT OF COLUMBIA BOARD ON PROFESSIONAL RESPONSIBILITY, 563 U. S. 1022;

No. 10–1352.  WADSWORTH ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 563 U. S. 1034;

No. 10–7592.  DOE v. UNITED STATES, *ante*, p. 1005;

No. 10–8294.  CATO v. SWARTHOUT, WARDEN, 563 U. S. 1035;

No. 10–8988.  FULLER v. SMITH, 563 U. S. 943;

No. 10–9069.  MONROE v. KRIPPEL ET AL., 563 U. S. 1009;

No. 10–9085.  SPENCER v. ALABAMA, *ante*, p. 1022;

No. 10–9153.  SIMON v. CITY OF ATLANTA, GEORGIA, ET AL., 563 U. S. 964;

No. 10–9215.  MATSUDA v. HAWAII ET AL., 563 U. S. 977;

No. 10–9235.  SMITH v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 563 U. S. 977;

No. 10–9314.  HENRY v. ALABAMA ET AL., 563 U. S. 992;

No. 10–9334.  ROSS v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WASHINGTON MUTUAL BANK, *ante*, p. 1006;

No. 10–9341.  QUATTROCCHI v. FLORIDA, 563 U. S. 992;

No. 10–9389.  VAN ZANT v. FLORIDA PAROLE COMMISSION ET AL., 563 U. S. 993;

No. 10–9407.  BOCZKOWSKI v. JACKSON ET AL., 563 U. S. 994;

No. 10–9428.  CRISDON v. NEW JERSEY DEPARTMENT OF EDUCATION, 563 U. S. 994;

No. 10–9481.  LYTLE v. NORTH CAROLINA, 563 U. S. 995;

No. 10–9490.  WEINRICH v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 563 U. S. 995;

No. 10–9516.  PETTUS v. UNITED STATES ET AL., *ante*, p. 1023;

No. 10–9572. HEINONEN v. SCOTT, 563 U. S. 1010;

No. 10–9578. SIMON v. GEORGIA ET AL., 563 U. S. 1010;

No. 10–9625. HALL v. BERGHUIS, WARDEN, 563 U. S. 996;

No. 10–9706. HARRIS v. BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY & AGRICULTURAL & MECHANICAL COLLEGE, 563 U. S. 1024;

No. 10–9710. GOODMAN v. MERIT SYSTEMS PROTECTION BOARD, 563 U. S. 1012;

No. 10–9720. DIGSBY v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 563 U. S. 1024;

No. 10–9787. KARUPAIYAN ET AL. v. BROWN ET AL., 563 U. S. 1036;

No. 10–9813. CRIM v. BAYSHORE OF NAPLES, INC., 563 U. S. 1036;

No. 10–9816. HAMILTON v. UNITED STATES, 563 U. S. 981;

No. 10–9829. HEADE v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, 563 U. S. 1037;

No. 10–9884. TALLEY v. CITY OF ATLANTIC CITY, NEW JERSEY, ET AL., 563 U. S. 1037;

No. 10–9893. BOZIC v. PENNSYLVANIA, 563 U. S. 1025;

No. 10–10005. DAVIS v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, 563 U. S. 1038;

No. 10–10068. MCPHERRON v. DAILING ET AL., ante, p. 1030;

No. 10–10095. FIGURA TORREFRANCA v. HORNE, ATTORNEY GENERAL OF ARIZONA, ET AL.; and FIGURA TORREFRANCA v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 1025;

No. 10–10096. WOODWARD v. KANSAS, 563 U. S. 1038;

No. 10–10103. BLANCHARD v. BENNETT ET AL., 563 U. S. 1014;

No. 10–10104. BOTANY v. HUIBREGTSE, WARDEN, 563 U. S. 1038;

No. 10–10155. BOOK v. MENDOZA ET AL., ante, p. 1042;

No. 10–10163. BURGIN v. LaHAYE ET AL., 563 U. S. 1038;

No. 10–10166. AKBAR v. PADULA, WARDEN, ante, p. 1009;

No. 10–10228. BRESTLE v. UNITED STATES, ante, p. 1043;

No. 10–10243. BREWINGTON v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., 563 U. S. 1039;

No. 10–10327. IN RE POIRIER, 563 U. S. 1020;

No. 10–10461. JARVIS v. ENTERPRISE FLEET SERVICES & LEASING CO., ante, p. 1043; and

No. 10–10601. HINES *v.* UNITED STATES, *ante,* p. 1029. Petitions for rehearing denied.

No. 10–82. UNITED STATES *v.* GONZALEZ, *ante,* p. 1032;
No. 10–9976. KNIGHT *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 563 U. S. 1002; and
No. 10–10568. IN RE SCHOTZ, *ante,* p. 1003. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 10–10305. VONDETTE *v.* UNITED STATES (two judgments), 563 U. S. 1041. Petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

### AUGUST 18, 2011

No. 11–5705 (11A165). JACKSON *v.* KELLY, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE GINSBURG and JUSTICE SOTOMAYOR would grant the application for stay of execution.

### AUGUST 23, 2011

No. 10–1389. BREAKTHROUGH MANAGEMENT GROUP, INC. *v.* CHUKCHANSI GOLD CASINO AND RESORT ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.1.

### SEPTEMBER 2, 2011

No. 10A995 (11–5520). RAMIREZ *v.* PEOPLE OF THE UNITED STATES ET AL. C. A. 9th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 11A7 (11–146). MOSS *v.* FAIRBORN CITY SCHOOLS. C. A. 6th Cir. Application for stay, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.